No. 668. W. HENRY MATTOX *v.* UNITED STATES. Error to the District Court of the United States for the North-

ern District of Georgia. October 4, 1926. Docketed and dismissed on motion of *Solicitor General Mitchell* for the United States. No appearance for plaintiff in error.